**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**ALEX SHTEYNSHLYUGER, M.D.,**
33 W. 46th Street., 5th Floor
New York, NY 10036

Plaintiff,

v.

**CENTERS FOR MEDICARE & MEDICAID SERVICES,**
7500 Security Boulevard
Baltimore, MD 21244

**U.S DEPARTMENT OF HEALTH AND HUMAN SERVICES,**
200 Independence Ave., SW,
Washington, D.C. 20201

Defendants.

**COMPLAINT**

1. Plaintiff ALEX SHTEYNSHLYUGER brings this suit to force Defendants U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES ("HHS") and CENTERS FOR MEDICARE AND MEDICAID SERVICES ("CMS") to respond to and comply with SHTEYNSHLYUGER's FOIA requests for various records pertaining to the enforcement of HIPAA's administrative simplification requirements (45 CFR Part 162) including electronic transactions, such as ERA or EFT transactions.

## PARTIES

2. Plaintiff ALEX SHTEYNSHLYUGER, M.D. is a licensed physician and a specialist in health economics whose articles are published in many peer-reviewed journals. He is the FOIA requester in this case.

3. Defendant U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES ("HHS") is a federal agency subject to the Freedom of Information Act, 5 U.S.C. § 552.

4. Defendant CENTERS FOR MEDICARE AND MEDICAID SERVICES ("CMS") is a federal agency, a component of HHS, and subject to the Freedom of Information Act, 5 U.S.C § 552.

## JURISDICTION AND VENUE

5. This case is brought under 5 U.S.C. § 552(a)(4)(B) and presents a federal question conferring jurisdiction on this Court. *See* 28 U.S.C. § 1331.

6. Venue is proper under 5 U.S.C. § 552(a)(4)(B).

## APRIL 13, 2020, FOIA REQUEST (FAQ REMOVAL)

7. On April 13, 2020, SHTEYNSHLYUGER submitted a FOIA request to CMS for "all records from 1/1/2015 to 4/10/2020 regarding: CMS EFT FAQ FAQ22297 (FAQ 22297), CMS FAQ22285 (FAQ 22285), CMS FAQ22281 (FAQ 22281), CMS FAQ22297 (FAQ 22297)." SHTEYNSHLYUGER attached a screen capture of the "Frequently Asked Questions" (FAQ) referenced in the request. Exhibit 1.

8. On April 13, 2020, CMS acknowledged receipt of the request and assigned reference number 041320207068 (PIN HPZE) to the matter. Exhibit 2.

9. On August 14, 2020, SHTEYNSHLYUGER sought an estimated completion date for this request (reference number 041320207068) and three other requests, which are all at issue in this case.  Exhibit 3.

10. On August 14, 2020, CMS erroneously stated that this is a duplicate request to another request, which is not at issue in this litigation.  Exhibit 4.

11. On August 14, 2020, SHTEYNSHLYUGER clarified that the request at issue (reference number 041320207068) is not a duplicate request and clarified the subject matter of the request.  Exhibit 4.

12. CMS never responded to SHTEYNSHLYUGER's clarification.

13. As of the date of this filing, CMS has not issued a determination letter and has produced no responsive records.  In violation of 5 U.S.C. § 552(a)(7)(B)(ii), it has also failed to provide an estimated completion date.

**MAY 4, 2020, FOIA REQUEST (NIXON PEABODY)**

14. On May 4, 2020, SHTEYNSHLYUGER submitted a FOIA request to CMS for "all records from 1/1/2015 to 5/1/2020 regarding: [1] Nixon Peabody; [2] W. Scott O'Connell; [3] Parthenon Capital or 'Parthenon'; [4] Bain Capital or 'Bain', Bain Capital Ventures; [5] Kirkland & Ellis; [6] AKIN GUMP STRAUSS HAUER & FELD; [7] Julie E. Nolan of AKIN GUMP STRAUSS HAUER & FELD; [8] Heide Banjnrauh of AKIN GUMP STRAUSS HAUER & FELD; [9] Todd Tuten of AKIN GUMP STRAUSS HAUER & FELD; [10] JOHN BOZEMAN & ASSOCIATES; [11] BOZEMAN, JOHN H of [] GEORGIALINK PUBLIC AFFAIRS GROUP; [12] EDGE IV, ARTHUR B of GEORGIALINK PUBLIC AFFAIRS GROUP; [13] GEORGIALINK PUBLIC AFFAIRS GROUP; [14] MARTIN III, JOHN S of GEORGIALINK PUBLIC AFFAIRS GROUP; [15] FRALICK, LAUREN WILKES of

GEORGIALINK PUBLIC AFFAIRS GROUP; [16] PETTIT III, HUGH BOYD of GEORGIALINK PUBLIC AFFAIRS GROUP; [17] GRELLER, MATTHEW; [18] MATTHEW N GRELLER ESQ LLC; [and] [19] LEWIS, RON E of Ron Lewis & Associates." Exhibit 5 (emphasis in original).

15. On May 4, 2020, CMS acknowledged receipt of the request and assigned reference number 050420207041 (PIN B94C) to the matter. Exhibit 6.

16. CMS asked SHTEYNSHLYUGER to "specify the subject matter regarding these emails." SHTEYNSHLYUGER received the letter on May 8, 2020, which was dated May 5, 2020. Exhibit 7.

17. On May 20, 2020, SHTEYNSHLYUGER submitted a clarified request. Exhibit 8.

18. Having received no further communication from CMS, SHTEYNSHLYUGER asked CMS to confirm the receipt of revised request and for the estimated completion date of the request on August 14, 2020. Exhibit 9.

19. On August 17, 2020, CMS produced a total of 28 pages with redactions pursuant to Exemptions (b)(4) and (b)(6) of FOIA. Exhibit 10.

20. CMS also claimed that it is withholding information that contain "inter-agency and intra-agency information that is pre-decisional." Exhibit 10.

21. On August 31, 2020, SHTEYNSHLYUGER appealed the response. Exhibit 11.

22. In the appeal letter, SHTEYNSHLYUGER specifically detailed how each of the produced records was not responsive to or do not have any relevance to the original request. Exhibit 11.

23. Further, SHTEYNSHLYUGER stated that CMS did not conduct an adequate search of the records. Exhibit 11.

24. On August 31, 2020, CMS acknowledged receipt of the appeal. Exhibit 12.

25. CMS never issued a determination on the appeal.

26. As of the date of this filing, CMS has failed to issue a determination on the appeal and failed to produce the responsive records.

**MAY 6, 2020, FOIA REQUEST (CONGRESS COMMUNICATIONS)**

27. On May 6, 2020, SHTEYNSHLYUGER submitted a FOIA request to CMS for "all records from 1/1/2015 to 5/5/2020 regarding: Communications to and from the US Congress (US Senate and US House of Representatives) and its members related to fees to conduct standard transactions (EFT, ERA), and use of virtual credit cards or payment cards." SHTEYNSHLYUGER provided additional search terms, such as "EFT Fee," "ERA fee," "transaction fee," "virtual credit card," "payment card," "prepaid card," etc. to aid the search. Exhibit 13.

28. On May 6, 2020, CMS acknowledged receipt of the request and assigned reference number 050620207011 (PIN PNYV) to the matter. Exhibit 14.

29. On June 24, 2020, CMS denied the request and stated that it was "unable to locate any records responsive" to the request. Exhibit 15.

30. On July 8, 2020, SHTEYNSHLYUGER, through his counsel, appealed the response. Exhibit 16.

31. On July 9, 2020, CMS acknowledged receipt of the appeal. Exhibit 17.

32. CMS never issued a determination on the appeal.

33. As of the date of this filing, CMS has failed to issue a determination on the appeal and has produced no records responsive to the request.

**MAY 7, 2020, FOIA REQUEST (ZELIS)**

34. On May 7, 2020, SHTEYNSHLYUGER submitted a FOIA request to CMS for "all records from 1/1/2015 to 5/5/2020 regarding: [1] Zelis or Zelis Healthcare; [2] All communication involving or referring to Edward Fargis (edward.fargis@zelis.com or his other email accounts); [3] All communication involving or referring to Matthew Albright (matthew.albright@zelis.com or his other email accounts); [4] A log of phone calls between any number at CMS to and from (678) 350-3810, (908) 389-8966, and (908) 268-2229; [] [5] All communication involving or referring to Dough Klinger (doug.klinger@zelispayments.com or his other email accounts); [and] [6] All communication involving or referring to Ian Drysdale (ian.drysdale@zelis.com or his other email accounts)." Exhibit 18.

35. On May 11, 2020, CMS acknowledged receipt of the request and assigned reference number 050720207010 (PIN 2MJH) to the matter. Exhibit 19.

36. On August 14, 2020, SHTEYNSHLYUGER sought an estimated completion date for this request (reference number 050720207010) and three other requests, which are all at issue in this case. Exhibit 3.

37. On August 14, 2020, CMS informed SHTEYNSHLYUGER that the request is "still processing." Exhibit 4.

38. As of the date of this filing, CMS has not issued a determination letter and has produced no responsive records. In violation of 5 U.S.C. § 552(a)(7)(B)(ii), it has also failed to provide an estimated completion date.

**MAY 12, 2020, FOIA REQUEST (V-PAY ECHOHEALTH)**

39. On May 12, 2020, SHTEYNSHLYUGER submitted a FOIA request to CMS for "all records from 1/1/2015 to 5/10/2020 regarding: [1] CMS Complaint 14OPR04107 (also known as 4107, 140-PRO-4107) involving Echo Health; [2] CMS complaint 1242 involving Echo Health (also known as 19TRA01242); [3] CMS Complaint 1244 involving Echo Health; [4] Any other CMS complaints involving Echo Health and related documents and communications; [5] CMS complaints 18TRA00940, 14TRA00901, involving Vpay; [and] [6] Any other CMS complaints involving Vpay and related documents and communications." SHTEYNSHLYUGER provided additional search terms, such as "Echo Health," "Msroka@EchoHealthInc.com," "richmans@pepperlaw.com," etc. to aid the search. Exhibit 20.

40. On June 10, 2020, SHTEYNSHLYUGER asked CMS to provide a reference number for the request. Exhibit 21.

41. On June 17, 2020, CMS assigned reference number 061120207021 (PIN T5SB) to the matter. It also informed SHTEYNSHLYUGER that the acknowledgement letters are pending.

42. On July 8, 2020, CMS asked SHTEYNSHLYUGER whether he has "an address or complaint number" for this facility. Exhibit 22.

43. On July 8, 2020, SHTEYNSHLYUGER reiterated that his May 12, 2020 request lists the complaint numbers and the offices that are most likely to retain the responsive records. Exhibit 22.

44. On August 14, 2020, SHTEYNSHLYUGER sought an estimated completion date for this request (reference number 061120207021) and three other requests, which are all at issue in this case. Exhibit 3.

45. On August 14, 2020, CMS informed SHTEYNSHLYUGER that the request is "still processing." Exhibit 4.

46. As of the date of this filing, CMS has not issued a determination letter and has produced no responsive records. In violation of 5 U.S.C. § 552(a)(7)(B)(ii), it has also failed to provide an estimated completion date.

**MAY 15, 2020, FOIA REQUEST (FEE INVESTIGATION)**

47. On May 15, 2020, SHTEYNSHLYUGER submitted a FOIA request to CMS for "all records from 1/1/2015 to 5/15/2020 regarding the CMS investigation of covered entities, including health plans, clearinghouses, and business associates charging fees to conduct standard transactions." Exhibit 23.

48. On May 22, 2020, CMS acknowledged receipt of the request and assigned reference number 051820207004 (PIN 8GD8) to the matter. Exhibit 24.

49. On August 14, 2020, SHTEYNSHLYUGER sought an estimated completion date for this request (reference number 051820207004) and three other requests, which are all at issue in this case. Exhibit 3.

50. On August 14, 2020, CMS informed SHTEYNSHLYUGER that the request is "still processing." Exhibit 4.

51. As of the date of this filing, CMS has not issued a determination letter and has produced no responsive records. In violation of 5 U.S.C. § 552(a)(7)(B)(ii), it has also failed to provide an estimated completion date.

**JULY 22, 2020, FOIA REQUEST (BPH)**

52. On July 22, 2020, SHTEYNSHLYUGER submitted a FOIA request to CMS for "all records from 1/1/2015 to 7/1/2020 regarding (1) price setting, cost, reimbursement, fee

schedule allowable amount setting for Medicare reimbursement, APC code selection; (2) comparative clinical effectiveness research (CER) or analysis, cost-effective[ne]ss analysis, effect on cost of care for BPH; [and] (3) determination of maximum lifetime reimbursement quantity that involve" Urolift (prostatic urethral lift, transprostatic implant, prostatic urethral stent0, Rezum (transurethral water vapor thermal therapy for benign prostatic hyperplasia) and AquaBeam Robotic System and Aquablation therapy. Exhibit 25.

53.  On July 23, 2020, CMS acknowledged receipt of the request and assigned reference number 072320207002 (PIN NWKK) to the matter. Exhibit 26.

54.  Having received no further communication from CMS, SHTEYNSHLYUGER sought an estimated completion date for this request (reference number 072320207002) and one other request, which are both at issue in this case, on September 14, 2020. Exhibit 27 at 1.

55.  Having received no response from CMS, SHTEYNSHLYUGER asked CMS again for an estimated completion date on September 24, 2020. Exhibit 27 at 2.

56.  On September 24, 2020, CMS informed SHTEYNSHLYUGER that the analysts "were notified by email," but did not provide a substantive timeline. Exhibit 28.

57.  As of the date of this filing, CMS has not issued a determination letter and has produced no responsive records. In violation of 5 U.S.C. § 552(a)(7)(B)(ii), it has also failed to provide an estimated completion date.

**JULY 29, 2020, FOIA REQUEST (HEALTHCARE ATTACHMENTS)**

58.  On July 29, 2020, SHTEYNSHLYUGER submitted a FOIA request to CMS for "all records from 1/1/2015 to 7/20/2020 regarding standards for healthcare attachment transactions and electronic signatures, including but not limited to (1) adoption of these standards, (2) delays with adoption, (3) adoption of 275 transaction, 277 transaction, HL7 Da

Vinci project with its leveraging of FHIR API standards for healthcare attachment transactions." SHTEYNSHLYUGER stated that "these standards were mandated in 1996 (HIPAA) and re-mandated in Section 1104 of the ACA (2010)." Exhibit 29.

59. On July 30, 2020, CMS acknowledged receipt of the request and assigned reference number 072920207040 (PIN R4ML) to the matter. Exhibit 30.

60. Having received no further communication from CMS, SHTEYNSHLYUGER sought an estimated completion date for this request (reference number 072920207040) and one other request, which are both at issue in this case, on September 14, 2020. Exhibit 27 at 1.

61. Having received no response from CMS, SHTEYNSHLYUGER asked CMS again for an estimated completion date on September 24, 2020. Exhibit 27 at 2.

62. On September 24, 2020, CMS informed SHTEYNSHLYUGER that the analysts "were notified by email," but did not provide a substantive timeline. Exhibit 28

63. As of the date of this filing, CMS has not complied with FOIA and has produced no responsive records. In violation of 5 U.S.C. § 552(a)(7)(B)(ii), it has also failed to provide an estimated completion date.

**COUNT I – APRIL 13, 2020, FOIA REQUEST (FAQ REMOVAL)**

64. The above paragraphs are incorporated by reference.

65. Defendants are federal agencies and subject to FOIA.

66. The requested records are not exempt under FOIA.

67. Defendants have refused to produce the requested records in a timely manner.

**COUNT II – MAY 4, 2020, FOIA REQUEST (NIXON PEABODY)**

68. The above paragraphs are incorporated by reference.

69. Defendants are federal agencies and subject to FOIA.

70. The requested records are not exempt under FOIA.

71. Defendants have refused to produce the requested records in a timely manner.

**COUNT III – MAY 6, 2020, FOIA REQUEST (CONGRESS COMMUNICATIONS)**

72. The above paragraphs are incorporated by reference.

73. Defendants are federal agencies and subject to FOIA.

74. The requested records are not exempt under FOIA.

75. Defendants have refused to produce the requested records in a timely manner.

**COUNT IV – MAY 7, 2020, FOIA REQUEST (ZELIS)**

76. The above paragraphs are incorporated by reference.

77. Defendants are federal agencies and subject to FOIA.

78. The requested records are not exempt under FOIA.

79. Defendants have refused to produce the requested records in a timely manner.

**COUNT V – MAY 12, 2020, FOIA REQUEST (V-PAY ECHOHEALTH)**

80. The above paragraphs are incorporated by reference.

81. Defendants are federal agencies and subject to FOIA.

82. The requested records are not exempt under FOIA.

83. Defendants have refused to produce the requested records in a timely manner.

**COUNT VI – MAY 15, 2020, FOIA REQUEST (FEE INVESTIGATION)**

84. The above paragraphs are incorporated by reference.

85. Defendants are federal agencies and subject to FOIA.

86. The requested records are not exempt under FOIA.

87. Defendants have refused to produce the requested records in a timely manner.

**COUNT VII – JULY 22, 2020, FOIA REQUEST (BPH)**

88. The above paragraphs are incorporated by reference.

89. Defendants are federal agencies and subject to FOIA.

90. The requested records are not exempt under FOIA.

91. Defendants have refused to produce the requested records in a timely manner.

**COUNT VIII – JULY 29, 2020, FOIA REQUEST (HEALTHCARE ATTACHMENTS)**

92. The above paragraphs are incorporated by reference.

93. Defendants are federal agencies and subject to FOIA.

94. The requested records are not exempt under FOIA.

95. Defendants have refused to produce the requested records in a timely manner.

**WHEREFORE,** SHTEYNSHLYUGER asks the Court to:

  i. declare that Defendants have violated FOIA;

  ii. order Defendants to conduct a reasonable search for records and to produce the requested records;

  iii. enjoin Defendants from withholding non-exempt public records under FOIA;

  iv. award SHTEYNSHLYUGER attorneys' fees and costs; and

  v. award such other relief the Court considers appropriate.

Dated:  October 16, 2020

RESPECTFULLY SUBMITTED,

*/s/ Matthew V. Topic*

Attorneys for Plaintiff,
ALEX SHTEYNSHLYUGER

Matthew Topic, D.C. Bar No. IL0037
Joshua Burday, D.C. Bar No. IL0042
Merrick Wayne, D.C. Bar No. IL0058
LOEVY & LOEVY
311 N. Aberdeen, Third Floor
Chicago, IL 60607
(312) 243-5900
foia@loevy.com